**FORM A**

### FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF IOWA



Christopher. I. Boatman
(Enter above the **FULL** name and inmate
number of the plaintiff or
plaintiffs in this action.)

vs.                                    **COMPLAINT**

Iowa Dept. of Corrections
Fort madison State
Penitentionary

(Enter above the **FULL** name of each
defendant in this action.)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH
plaintiff by name, using a separate sheet of paper.)

I.    Previous Lawsuits:

    A) Have you begun other lawsuits is state or federal court dealing with the same facts involved in
       this action or otherwise relating to your imprisonment?    ☐Yes   ☑No

    B) If your answer to A is "YES", please answer the questions 1 through 7. (If there is more than
       one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

       1.) Parties to this previous lawsuit:

           Plaintiffs:

           Defendants: n/a

       2.) Court (If federal court, name the district; if state court, name the county.)

3.) Docket Number: n/a

4.) Name of Judge to whom case was assigned:

5.) Disposition, if known (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)  n/A

6.) Approximate date of filing lawsuit:

7.) Approximate date of disposition: N/a

II.    Place of confinement: Iowa State Penitentary - fortmadison, IA

A) Is there a prisoners grievance procedure in this institution?
☑ Yes    ☐ No

B) Did you present the facts relating to your complaint in the state prisoner grievance procedure?
☑ Yes    ☐ No

C) If your answer is **Yes**,

1.) What steps did you take? WRitten grievances as well as talk To u/m

2.) What was the result? Remained on Adseg/P.C P.C / Adseg

If your answer was **No**, explain why not:

D) If there is no prison grievance procedure in the institution, did you complain to prison authorities?
☑ Yes    ☐ No

E) If your answer is **Yes**:

1.) What steps did you take? I talk to everyone warden and u/m

2.) What was the result? Still in AdSeg/ P.C because of My StG

III.   Parties

(In item **A** below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A) Name of Plaintiff: Christopher S. Boatman
   Address: I.s.p P.o Box 316 - fortmadison IA 52627

B) Additional Plaintiffs:

Statement of Claim V

On about May 28 of 2020. I got ok to Iowa Stat Pen. for Reason. I.S.P is a max I am one of 15 to 20 member of the L.K. Due to I.S.P favoritism to othere Groups we are told that either we Stay in the hole are we Go to P.C. where if we where at another Iowa Doc prison we would Be in G.P. So Coming here is a Way for them to punish us Due to I.S.P Saying we, not Safe. not at no point we ever Said we fell unSafe. We ask for Wavers they tell us no they Dont have them. for us There are no Idocpolicy Saying that L.K Cant Walk the yard in the State of Iowa. it's more Just The I.S.P Staff. Saying that they Dont Want us on the yard Due to Being out Number. and Favoritism. has alot to do with it. Know if we Cant Go to G.P why Send us to I.S.P Where we Really dont Get a Chance to Better our Self. they Rather Stick us in the hole where We Start having mental Issue. We have taken every Step there is to take.

(In item **C** below, place the full name of the defendant in the first blank, and his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, position, and places of employment of any additional defendants.)

C) Defendant: ~~ISP~~ ⟨⟩ᴀᴄᴏ̲  is employed as          at

D) Additional Defendants:

IV.    Jurisdiction

This complaint is brought pursuant to 42 U.S.C., § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (c). Plaintiffs(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V.    **Statement of Claim**

(State here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

VI.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. **Do not cite cases or statutes.**) Id like it the Courts get it So that we as we Can Go to G.P. are Pay me for the time I Been in Adseg.

VII.    Statement regard Assistance in preparing this Complaint.

A) Did any person other than a named plaintiff in this action assist you in preparing this complaint?
☑Yes    ☐No

B) If your answer is **Yes**, name the person who assisted you.

C) Signature of person who helped prepare this complaint.

_____          _____
(SIGNATURE)                                                     (DATE)

VIII.    **Signature(s) of Plaintiff(s)**
Christopher J. Bockman
Signed this __2nd__ day of __3-2-__    20 __23__.

Christopher S Boatman

(Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

_____

_____

_____

_____

_____

_____

Christopher Boatman
ISP
PoBox 316
Fortmadison
IA 52627

US POSTAGE
ZIP 52627  $
02 4W
0000372345

X-RAYED & CLEARED BY U.S.M.S.

Clerk - U.S District court
P.O Box 9344
Des Moines IA 50306-9344